# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1648

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Anthony D. Perkins, | * | |
| | * | [UNPUBLISHED] |
| Defendant - Appellant. | * | |

_____

Submitted: October 13, 2008
Filed: March 10, 2009

_____

Before MELLOY, BEAM, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

The appellant in this case was sentenced as an armed career criminal. While it appears Mr. Perkins may have two qualifying offenses for armed career criminal status, that is, two robbery convictions, the third qualifying predicate is for auto tampering. Our court has now determined that auto tampering is not a crime of violence for purposes of armed career offender status. See United States v. Williams, 537 F.3d 969 (8th Cir. 2008).

Accordingly, the sentence is reversed and the matter remanded for resentencing in accordance with Williams.

_____